FILED - USDC - NH
2024 JUN 14 AM 11:23

Andre Lyneal Wallace
Petitioner

v.          Case No: Unassigned

Warden Luna of FCI Berlin
Respondent

## Motion in light of 2241 for a preliminary Injunction to award time credits

Come Now Andre Lyneal Wallace, born in Germany, descendant of Africa, Raised in the State of Alabama presents this said motion in light of 2241 for a preliminary Injunction. All Remedy processes have been fully exausted. This motion deals with time credits that is owed to me from 4/14/2009 - 9/10/2012.

### Facts of Claim

1. On 4/14/2009 I was arrested for a federal bank Robbery, to wit I did confessed to that charge.

2. On 4/15/2009 I was arrested to an unrelated charge of Robbery to a storage company. I have no Rememberance of process, only documentations.

3. Around or about 5/18/2009 my state parole was Revoked. I was later sent to the Alabama DOC.

4. Around or about the beggining month of November 2009 I was borrowed on a writ by the U.S Marshalls to deliver me to the federal ~~[redacted]~~ courtHouse.

5. Around May 2010 I was sentenced and later Returned to the Alabama Department of Correction.

6. Around March 2011 the state charge that was unrelated to the federal bank Robbery charge was dismissed

7. I made state parole 9/10/2012

## Acceptance in Return for Proof of Claim

I Andre Lyneal Wallace accept the claim of BOP agent/agency Response to the greivance complaint Response from final Remedy BP-11 that I was arrested by the state on 4/14/2009, for Return of proof that:

1. Evidence by documentation that the state did arrest me on 4/14/2009

2. I did make bond on 4/16/2009 according to the declaration set forth by Grand Prairie agent Mrs. Crowe provideing that she would testify to that fact.

3. If I was credited one day toward my federal sentence, that day beening the first day of my arrest; then provide why the state did not Recieve that one day if I was determine to be arrested by the state.

Honorable Court, Honorable Judge of this Honorable Court I hope that we both can agree that if Proof of claim is not provided, Immediate Release is the only Resolution. The Burden of Proof has now been turn over to the BOP Agency/agents to provide their proof by presentment of Arrest warrants/arrests complaints of the events that transpired from the date of Arrest 4/14/2009 to the unrelated arrest date of 4/15/2009. To determine whether or not I was arrest by the state on 4/14/2009, or the feds 4/14/2009. If the Results is determine that the feds arrested me, the question will then has to determine how was jurisdiction Relinquish to the state by bond, parole, end of sentence, or dismissal of charge. If then determine that proof has to be provided giving this Honorable court an clear understanding of this 2241 motion concerns.

So Prayed 6/7/2022       Andre Lyneal Wallace

I Andre Lyneal Wallace declare under the penalty of perjury that the forgoing in this motion is true and accurate to the best of my knowledge. Done this 7 day June 2024

Andre Lyneal Wallace

### Notice

This is a time sensitive motion where I continues to suffer in trying to settle this claim, by providing my facts to this claim throughout all grievance process with enough evidence showing I have over served my sentence way beyond the time I should have served. Requesting that this motion is considered expisdite.

Andre Lyneal Wallace
Federal Correctional Institution Berlin
Po Box 9000
Berlin New Hampshire 03570

Date 6/9/2024

3 page motion
1 of 3 pages
and
two small letters
on small paper
and 1 stamp

United States District Court
of New Hampshire
55 Pleasant St Room 110
Concord NH 03301-3941

Legal mail

WHITE RIV JCT VT 050
12 JUN 2024 PM 2 L

03301-394135



6/19/2024

NEW HAMpshire
CourtHouse