```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Andre Lyneal Wallace

    v.                                                       Case No. 24-cv-170-SE

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2025 (doc. no. 9). For the reasons explained therein, defendant's motion to dismiss plaintiff's petition (doc. no. 6) is granted.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

                                                                 _____
                                                                 Samantha D. Elliott
                                                                 United States District Judge

Date: March 26, 2025

cc:   Andre Lyneal Wallace, pro se
       Counsel of Record